THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER E. GRIMES, Appellant, Impleaded with Others, Defendants.— Judgment of conviction of the

* Amd. by Laws of 1918, chap. 395. Since amd. by Laws of 1923, chap. 518.— [REP.

† See Code Crim. Proc. § 802-b, as added by Laws of 1921, chap. 156, known as the State Prohibition Enforcement Act. See, also, footnote, *ante*, p. 648.— [REP.

County Court of Nassau county affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.